IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAM HUBER                                                        PLAINTIFF

v.                         Case No. 04-2145

WAL-MART STORES, INC.                                            DEFENDANT

**JUDGMENT**

For the reasons recited within a memorandum opinion of even date, final judgment is hereby entered in favor of Plaintiff.

IT IS HEREBY ADJUDGED AND DECREED that Plaintiff's motion for damages and reinstatement (Doc. 42) is partially granted and Plaintiff is awarded $28,000 in back pay, $714.65 in pre-judgment interest, and reinstatement. Plaintiff's motion for attorney's fees and costs (Docs. 40, 47) is partially granted and Plaintiff's counsel are hereby awarded the sum of $16,321.32 (attorneys' fees plus litigation costs). The back pay, pre-judgment interest, and attorney's fees and costs shall be considered part of the judgment and the total judgment shall bear interest at the rate of 4.77% per annum from the date of entry of this order until paid.

IT IS SO ORDERED this 31st day of March 2006.

                                    /S/ Robert T. Dawson
                                    Robert T. Dawson
                                    United States District Judge